ORIGINAL

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB - 1 2005  1:25 pm

Betty A. Griess, **Clerk**
Casper

Kelly H. Rankin
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 05-CR-8-D ) |
| STEVEN ARTHUR WINSOR, | ) ) |
| Defendant. | ) |

### STATEMENT OF ELEMENTS

**COUNT 1:** **Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine**

In order to prove a violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846, the United States must prove beyond a reasonable doubt each of the following elements:

1. From on or between January 1, 2001, and January 1, 2004;

2. In the District of Wyoming and elsewhere;

3. The Defendant, Steven Arthur Winsor, and at least one other person agreed to violate the drug trafficking laws of the United States, to-wit: possession with the intent to distribute, and to distribute, in excess of 50 grams of methamphetamine;

4. The Defendant knew the essential objectives of the conspiracy;

5. The Defendant knowingly and voluntarily joined the conspiracy; and

6. The coconspirators were interdependent.

This is a Class "B" felony punishable from 5-40 years imprisonment, a fine of up to $2,000,000, a period of 4 years of supervised release, and a $100 special assessment fee.

**COUNT 2:  Felon in Possession of a Firearm**

In order to prove a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), the United States must prove beyond a reasonable doubt each of the following elements:

1. From on or between June 1, 2001, through and including June 20, 2003;

2. In the District of Wyoming;

3. The Defendant, Steven Arthur Winsor;

4. Having previously been convicted of a crime punishable by imprisonment for a term exceeding one year;

5. Knowingly possessed firearm(s) which had previously traveled in and affected interstate commerce.

This is a Class "C" felony punishable from 0-10 years imprisonment, a fine of up to $250,000, a period of 3 years of supervised release, and a $100 special assessment fee.

**DATED** this 1st day of February, 2005.

Respectfully submitted,

MATTHEW H. MEAD
United States Attorney

By: _____
KELLY H. RANKIN
Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of February, 2005, I served a true and correct copy of the foregoing **Statement of Elements** upon the following via hand delivery, and by depositing the same, postage prepaid, in the United States mail, addressed to:

**Donald L. Tolin**
Attorney at Law
P.O. Box 50007
Casper, WY 82605-0007

Counsel for the Defendant, Steven Arthur Winsor

UNITED STATES ATTORNEY'S OFFICE