FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB 22 2005 2:00 pm

Betty A. Griess, Clerk
Casper

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 05-CR-8-D |
| v. ) | |
| ) | |
| STEVEN ARTHUR WINSOR, ) | |
| ) | |
| Defendant. ) | |

### ORDER TO DETERMINE PRESENT
### MENTAL CONDITION OF A CONVICTED DEFENDANT

**THIS MATTER** having come before the court upon motion of the Defendant for a psychiatric/psychological examination, pursuant to 18 U.S.C. §§ 4244 and 4247(b) and (c) to determine the mental condition of a convicted defendant, and, the court having carefully reviewed said motion and all of the materials presently on file in this matter, and the United States having no objection to the granting of the motion;

The court finds pursuant to 18 U.S.C. § 4244(a) that substantial information exists to believe the Defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility.

The court further finds that the Defendant's motion is appropriately filed within ten days after the Defendant was found guilty, and prior to the time the Defendant is sentenced.

16

The court further finds that, pursuant to 18 U.S.C. §§ 4244, a psychiatric, psychological examination of the Defendant is required to determine whether the Defendant is presently suffering from a mental disease or defect. Therefore, being fully advised in the premises,

**IT IS ORDERED** that the Defendant be committed for a reasonable period for a psychiatric, psychological examination in order to determine whether the Defendant is presently suffering from a physical or mental disease or defect, and if so, whether he is in need of custody for care or treatment in a suitable facility, and that a report be prepared and filed with the court, all in accordance with 18 U.S.C. §§ 4244(a) and 4247(b) and (c);

**IT IS FURTHER ORDERED**, pursuant to 18 U.S.C. §§ 4241(b) and 4247(c), that any examination conducted in accordance with chapter 313 shall be accompanied by a psychiatric or psychological report prepared by the examiner or examiners and provided to the court, counsel for the Defendant and the attorney for the government. This report to include the following:

1. The person history and present symptoms;
2. A description of any physical, psychiatric/psychological and medical tests that were employed and the results;
3. The examiners' findings;
4. The examiners' opinions as to diagnosis, prognosis, and whether the Defendant is suffering from a physical or mental disease or defect as a result of which he is in need of custody for care or treatment in a suitable facility; and

5. The examiners' opinions concerning sentencing alternatives that could best accord the Defendant the kind of treatment he needs, if any.

**IT IS FURTHER ORDERED** that the Defendant be committed to the custody of the United States Marshal and maintained in an appropriate facility for the purpose of this examination.

DATED this 22nd day of February, 2005.

WILLIAM F. DOWNES, CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Approved as to form:*

Donald L. Tolin

-3-